PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sarah Ann McKenzie     Case Number: 4:12CR00333-01 DPM

Name of Sentencing Judicial Officer:    Honorable Catherine D. Perry
    Chief United States District Judge
    Eastern District of Missouri

    Reassigned on October 12, 2013 to:
    Honorable D.P. Marshall Jr.
    United States District Judge
    Eastern District of Arkansas

Offense:    Ct 7: Aggravated Identity Theft
            Ct 19: Fraudulent Use of Unauthorized Access Device

Date of Sentence:    July 27, 2010

Sentence:    66 months Bureau of Prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, mental health counseling, refrain from alcohol and other intoxicants, search and seizure, financial disclosure, shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other unexpected financial gains to the outstanding Court-ordered financial obligation, no new lines of credit, shall participate in GED classes, $66,304.08 restitution, and $200 special penalty assessment

Type of Supervision:   Supervised Release     Date Supervision Commenced: May 22, 2012
                                                                  Expiration Date: May 21, 2015

Asst. U.S. Attorney: Jana Harris          Defense Attorney: Latrece Gray

Mental Health Treatment Specialist: Selina M. Earsa
Phone No.: 501-604-5258

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **During supervised release, restitution payments will be $20 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's monthly gross income.**

Prob 12B                          -2-                    Request for Modifying the
                                                         Conditions or Terms of Supervision
                                                         with Consent of the Offender

Name of Offender: Sarah Ann McKenzie          Case Number: 4:12CR00333-01 DPM

**The defendant will perform 100 hours of community service work within 6 months at a location approved by the U.S. Probation Office.**

### CAUSE

On March 10, 2014, Mr. Sarah Ann McKenzie was convicted in Faulkner County District Court for theft of property, a class A misdemeanor, and was sentenced as follows: 14 days jail suspended, not to return to the Belk store for one year, no similar charges obtained, no missed payments, abide by all court orders, and cash bond to be forfeited. She failed to report her arrest at the Belk store in Conway, Arkansas, on December 29, 2013, that initiated this conviction. This arrest and conviction was discovered by the U.S. Probation Office in April of 2014. Due to failure to maintain employment and physical impairments, Ms. McKenzie failed to make restitution payments for the months of November and December 2013; February, March, and April 2014.

During a face-to-face contact on April 8, 2014, Ms. McKenzie was verbally reprimanded for her actions constituting criminal behavior and failure to report her contact with law enforcement. She was also verbally reprimanded for her failure to make restitution payments and was reinstructed to resume making payments after employment is obtained. Once her employment is stable, she will be offered voluntary garnishment. As a controlling response, the Financial Litigation unit was contacted regarding the interception of any future tax returns. Ms. McKenzie is a self proclaimed addicted shopper with a lengthy history fo petty theft. Therefore, as a corrective response, her frequency of treatment was increased to weekly sessions address this issue.

On May 11, 2014, Ms. Mckenzie was arrested for misdemeanor shoplifting by the Bryant Police Department with a hearing in Saline County District Court scheduled for June 16, 2014. The incident was regarding the theft of several towels from the local Wal-mart located in Bryant, Arkansas.

Ms. McKenzie is compliant with all other conditions of supervision and it has been verified she recently applied for and was denied disability services. Her assigned disability attorney has filed for an administrative review with Social Security. She reportedly obtained employment with La Quinta Inn on May 20, 2014, with an hourly wage of $8.50, which would be indicative that a $20 monthly payment rate for restitution is appropriate. Assistant Federal Public Defender, Latrece Gray, was contacted telephonically to review the waiver of hearing to modify conditions of supervised release with Ms. McKenzie and is in agreement with the attached Waiver of Hearing to Modify Conditions of Supervision.

Prob 12B                             -3-                    Request for Modifying the
                                                            Conditions or Terms of Supervision
                                                            with Consent of the Offender

Name of Offender: Sarah Ann McKenzie          Case Number: 4:12CR00333-01 DPM

_____              _____
Selina M. Earsa                         Jana Harris
Mental Health Treatment Specialist      Assistant U.S. Attorney

Date: May 20, 2014                      Date: 5-22-14

---

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

23 May 2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

c: Sarah Ann McKenzie, 422 South Brown, Apt. 4, Little Rock, AR 72205
   Assistant Federal Public Defender, Latrece Gray, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**During supervised release, restitution payments will be $20 per month. If defendant's income increases from its current amount, payments will be 10 percent per month of the defendant's monthly gross income.**

**The defendant will perform 100 hours of community service work within 6 months at a location approved by the U.S. Probation Office.**

Witness: _Selim Pasa USPO_
U.S. Probation Officer

Signed: _Sarah McKenzie_
Probationer or Supervised Releasee

DATE: May 13, 2014